UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHERINE LYNN NIELSEN,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>COLVILLE CASINOS,<br><br>　　　　　　　　Defendant. | NO: 13-CV-0044-TOR<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

　　　BEFORE THE COURT is Plaintiff's request to file a *pro se* complaint *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), "[n]otwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that the action or appeal fails to state a claim upon which relief may be granted."

　　　A complaint fails to state a claim upon which relief may be granted if it lacks a cognizable legal theory or lacks sufficient facts to support a cognizable legal theory. *Balistreri v. Pacifica Police Dept.*, 901 F.2d 696, 699 (9th Cir.1990).

ORDER DISMISSING CASE WITHOUT PREJUDICE ~ 1

1 Plaintiff's Complaint lacks sufficient facts to support a cognizable legal theory.

2 Accordingly, Plaintiff's Complaint must be dismissed without prejudice.

3 **ACCORDINGLY, IT IS HEREBY ORDERED:**

4     Plaintiff's Complaint (ECF No. 4) is **DISMISSED**.

5     The District Court Executive is hereby directed to enter this Order, furnish a

6 copy to Plaintiff, and **CLOSE** the file.

7     **DATED** April 8, 2013.

                                        THOMAS O. RICE
                                    United States District Judge